# IN THE UNITED STATE DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| KASEY MARJAMAA,<br><br>    Plaintiff,<br><br>v.<br><br>LINCARE INC.,<br><br>    Defendant. | Cause No. CV 18-00013-BMM<br><br>**ORDER GRANTING PLAINTIFF'S COUNSEL'S MOTION TO APPEAR BY TELEPHONE FOR THE PRELIMINARY PRETRIAL CONFERENCE SCHEDULED FOR JUNE 7, 2018.** |

Upon the request made by Plaintiff's counsel Adam Cook, and good cause appearing, IT IS HEREBY ORDERED that ALL PARTIES shall appear by telephone at the Preliminary Pretrial Conference Scheduled for June 7, 2018. The Court will contact the parties with the call-in number.

DATED THIS 4th DAY OF June, 2018

_/s/ Brian Morris_
Brian Morris
United States District Court Judge