IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

KASEY MARJAMAA,

                Plaintiff,                        CV-18-13-BU-BMM

v.

LINCARE, INC.,                        **ORDER**

                Defendants.


     IT IS HEREBY ORDERED that the Order, Doc. 23, is WITHDRAWN and

all dates are VACATED.  All deadlines and hearings in the Scheduling Order, Doc.

17 remain in full force and effect.


     DATED this 9th day of August, 2018.


_____
Brian Morris
United States District Court Judge