IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BUTTE DIVISION

| KASEY MARJAMAA, | ) | Case No. CV-18-13-BU-BMM |
|---|---|---|
| Plaintiff, | ) | **ORDER CONTINUING HEARING ON MOTION FOR SANCTIONS** |
| v. | ) | |
| LINCARE INC., | ) | |
| Defendant. | ) | |

After review of the parties' Stipulation to Continue Hearing on Motion for Sanctions and good cause appearing, IT IS HEREBY ORDERED that the hearing currently set for April 11, 2019 at 10:00 a.m. in Butte, Montana is VACATED. The parties shall notify the Court if the matter has settled, and if a hearing on the motion is necessary, no later than May 24, 2019. Upon such notification, if a hearing remains necessary, the Court will set a new hearing date.

DATED this 2nd day of April, 2019.

_____
John Johnston
United States Magistrate Judge

1