# IN THE UNITED STATE DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BUTTE DIVISION

| | |
|---|---|
| KASEY MARJAMAA<br><br>Plaintiff,<br><br>v.<br><br>LINCARE INC.,<br><br>Defendant. | Cause No. CV 18-00013-BMM<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO DISMISS** |

Upon the Motion of the plaintiff and good cause appearing therefore, IT IS HEREBY ORDERED that the Plaintiff's Motion to Dismiss be granted. The above-captioned cause is hereby dismissed with prejudice.

DATED THIS 18th DAY OF June, 2019

*/s/ Brian Morris*

Brian Morris
United States District Court Judge